UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| KENNETH BELL, et al., | ) | |
|---|---|---|
| Plaintiffs, | ) | |
| vs. | ) | Case No. 1:06CV128 CDP |
| BAYER CROPSCIENCE LP, et al., | ) | |
| Defendants. | ) | |

## **ORDER**

This case was originally filed in this district, but it is part of the Multi-District Litigation case <u>In re LLRice 601 Contamination Litigation</u>, pending before me as 4:06MD1811 CDP.

Accordingly,

**IT IS HEREBY ORDERED** that the motion to consolidate [#23] is granted, and this case is consolidated with 4:06MD1811 CDP for all purposes. All orders entered in that case apply here and unless specifically ordered otherwise, all filings from this point forward should be in the MDL case only.

**IT IS FURTHER ORDERED** that the motions to quash and dismiss filed on behalf of Bayer AG and "Bayer CropScience" [#13, 16] are denied without prejudice to defendants' right to refile the motions if appropriate following the scheduling conference to be held in the MDL case.

**IT IS FURTHER ORDERED** that the motions to stay or defer [#15, 19] are denied as moot.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 15th day of February, 2007.