UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE GENETICALLY MODIFIED | ) | |
| RICE LITIGATION | ) | Case No. 4:06MD1811 CDP |
| | ) | |

<u>This Order Relates to:</u>

| | |
|---|---|
| *Bell et al. v. Bayer CropScience et al.*, | Case No. 1:06CV0128 CDP |
| *Barker v. Bayer CropScience LP*, | Case No. 4:06CV1603 CDP |
| *Powell et al. v. Bayer CropScience LP et al.*, | Case No. 4:07CV0054 CDP |

# ORDER

For reasons stated on the record during the status conference held on February 19, 2009,

**IT IS HEREBY ORDERED** that plaintiffs' motions [# 1039 / 42 in 1:06CV128], [#1050 / 37 in 4:06CV1603], [#1079 / 19 in 4:07CV54] to voluntarily dismiss without prejudice are GRANTED.

The claims of the following plaintiffs are hereby dismissed: In Case No. 1:06CV128, plaintiffs Charles William Vest Baker, Bobby Barnes, Fred Baxter, Roger Baxter, Allen Beleu, James Bracey, Michael Bracey, Clear View Farms, Inc., Inez Conley, Larry Conley, Chis Crosskno d/b/a Billy Crosskno & Sons Farms, Curry Farms of Southeast Missouri, LLC, David Curry, Terry Curry, Duncan Farms, Inc., Dale Hardin, Yancy Hardin, Jas Hicks, Ardeth Jones, Michael Jones, Ricky Jones, Bobby A. Manes, Randy Manes, Kenneth Minton, Kenneth L. Minton, John R. Morgan d/b/a John R. Morgan Farms, James T. Norman, Marion

Orr, Michael G. Rone, II, Jerald D., Sifford d/b/a Sifford Farms, Don Yarbro; in Case No. 4:06CV1603, plaintiffs Jerry Barker, Irene Barker and J.H. Yount; in Case No. 4:07CV54, plaintiff Dr. Arnold Powell.

If any plaintiffs choose to re-file suit, they are required to do so in this district, and must comply with any outstanding discovery obligations before their case proceeds further.

**IT IS FURTHER ORDERED** that plaintiffs' motion [#45 in 1:06CV128] for oral argument is DENIED AS MOOT.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 20th day of February, 2009.